```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT


GREGORY CURCIO,                  :
                                 :
      Plaintiff,                 :
                                 :    CASE NO. 3:12CV280(DFM)
v.                               :
                                 :
COMMISSIONER OF SOCIAL           :
SECURITY,                        :
                                 :
      Defendant.                 :
```

NOTICE AND ORDER

More than 120 days have elapsed since the complaint was filed but plaintiff has not made proof of service as required by Fed. R. Civ. P. 4(l).

Accordingly, the plaintiff is hereby ordered to file a memorandum on or before August 20, 2012 showing why this action should not be dismissed. See Fed. R. Civ. P. 4(m).

Failure to comply with this Order will result in dismissal pursuant to Fed. R. Civ. P. 41(b).

It is so ordered.

Dated at Hartford, Connecticut this 23rd day of July, 2012.

```
                         /s/
                    Donna F. Martinez
                    United States Magistrate Judge
```